IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| RICHARD SCOTT SHAFER, | § |
| Plaintiff, | § |
| v. | § Case No. 6:19-cv-114-JDK-KNM |
| BRYAN COLLIER, et al., | § |
| Defendants. | § |

**ORDER ADOPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Plaintiff Richard Scott Shafer, proceeding pro se, brings this civil rights lawsuit under 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636.

On January 19, 2021, Judge Mitchell issued a Report and Recommendation recommending that the Court deny Plaintiff's four pending motions for default judgment (Docket Nos. 63, 67, 84, and 110). Docket No. 131. Plaintiff timely objected. Docket No. 134.

Where a party timely objects to the Report and Recommendation, the Court reviews the objected-to findings and conclusions of the Magistrate Judge de novo. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the Court examines the entire record and makes an independent assessment under the law. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*), *superseded on other*

*grounds by statute*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days).

Having conducted a de novo review of the record in this case and the Magistrate Judge's Report, the Court has determined that the Report of the Magistrate Judge is correct, and Plaintiff's objections are without merit. Accordingly, the Court hereby **ADOPTS** the Report of the Magistrate Judge (Docket No. 131) as the opinion of the District Court.  Plaintiff's objections are **OVERRULED** and it is **ORDERED** that Plaintiff's motions for default judgment (Docket Nos. 36, 37, 84, and 110) are **DENIED**.

So **ORDERED** and **SIGNED** this **2nd**  day of **February, 2021.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE